AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**FILED**

**4:13 pm Feb 16 2018**

**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

| United States of America | ) | |
| v. | ) | Case No. |
| SARAH ALBERTS | ) | 3:18MJ5043 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___ Jan. 12, 2016 to Feb. 6, 2018 ___ in the county of ___ Lucas ___ in the

___ Northern ___ District of ___ Ohio ___ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1028(a)(1) and 2 | Production of an identification document, false identification document, or authentication feature; aiding and abetting; |
| 18 U.S.C. § 1028(a)(2) and 2 | Transfering an identification document, false identification document, or authentication feature; aiding and abetting; |
| 18 U.S.C. § 1028(a)(5) and 2 | Production, transfer, or possession of document-making implements; aiding and abetting. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steve Snyder, Special Agent, USSS
*Printed name and title*

Sworn to via telephone after submission by reliable
electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: ___ 02-16-18 ___

_____
*Judge's signature*

City and state: ___ Cleveland, Ohio ___

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*