**FILED**

**5:11 pm Feb 20 2018**

**Clerk U.S. District Court Northern District of Ohio Toledo**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18MJ5043 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE KNEPP |
| | ) | |
| v. | ) | |
| | ) | |
| SARAH ALBERTS, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | <u>CORPUS AD PROSEQUENDUM</u> |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION:

The petitioner, Robert W. Kern, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Sarah Alberts is now confined in the Lucas County Corrections Center, Toledo, Ohio, Ohio, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 18, United States Code, Sections 1028(a)(1), 1028(a)(2), and 1028(a)(5), and pursuant to said charge is to appear for an Initial Appearance on Thursday, February 22, 2018, at 3:00 p.m. before the Honorable Magistrate Judge James R. Knepp, II in the United States District Court for the Northern District of Ohio, Western Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Toledo, and/or United States Secret Service and/or the Ohio Department of Rehabilitation and Corrections to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, be returned to said custodian under safe and secure conduct.

    Respectfully submitted,

    JUSTIN E. HERDMAN
    United States Attorney

By:   /s/ Robert W. Kern
    Robert W. Kern (OH: 0005161)
    Assistant United States Attorney
    Four Seagate, Suite 308
    Suite 400 U.S. Courthouse
    801 West Superior Avenue
    Cleveland, OH 44113
    (216) 622-3836
    (216) 522-2403 (facsimile)
    Robert.Kern@usdoj.gov

I, Robert W. Kern, do declare under penalty of perjury that the foregoing is true and correct.

    s/ Robert W. Kern
    Robert W. Kern
    Assistant United States Attorney

Executed on February 16, 2018.