IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:18MJ5043 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE KNEPP |
| | ) | |
| v. | ) | |
| | ) | |
| SARAH ALBERTS, | ) | |
| | ) | |
| Defendant. | ) | <u>JOURNAL ENTRY</u> |
| | ) | |

    This matter came on to be heard upon the petition of Robert W. Kern, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Sheriff, Lucas County Corrections Center, Toledo, Ohio, and/or the United States Marshal at Toledo, Ohio, and/or United States Secret Service. The Court, being fully advised in the said matter, finds that the said Sarah Alberts, is detained in the Lucas County Corrections Center, Toledo, Ohio, under the custody of said Sheriff.

    The Court further finds that the said United States desires to proceed to the Initial Appearance of the defendant on a Complaint charging a violation of Title 18, United States Code, Sections 1028(a)(1), 1028(a)(2), and 1028(a)(5), at Toledo, Ohio, before the Honorable

Magistrate Judge James R. Knepp, II on Thursday, February 22, 2018, at 3:00 p.m.,  and to other court proceedings relating to such Complaint as this Court may deem proper.

      THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Toledo, Ohio, and/or United States Secret Service.

                                                                                                               _____
                                                                                             UNITED STATES MAGISTRATE JUDGE