# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO.: 3:18-MJ-5043 |
| | ) | |
| | ) | MAG. JUDGE: JAMES R. KNEPP, II |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **SARAH ALBERTS** | ) | |

## NOTICE OF APPEARANCE

Now comes undersigned counsel, Joseph C. Patituce of the law firm of Patituce & Associates, LLC, who respectfully gives notice to this Honorable Court, as well as all counsel within this matter of his appearance of counsel of record on behalf of the Defendant, Sarah Alberts. Undersigned counsel respectfully requests that he be added to the list of persons receiving notices, pleadings, correspondence, etc. either on the Court's electronic system and/or at the contact information below.

Respectfully Submitted,

**PATITUCE & ASSOCIATES, LLC**

By: **/s/ Joseph C. Patituce**
Joseph C. Patituce (#0081384)
Attorney for Defendant
26777 Lorain Rd. Suite 1
North Olmsted, Ohio 44070
Phone: (440) 471-7784
Fax: (440) 398-0536
attorney@patitucelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice has been forwarded to all parties via the clerk's office electronic filing on the 21st day of February, 2018.

/s/ **Joseph C. Patituce**
Joseph C. Patituce (#0081384)
Attorney for Defendant