AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>SARAH ALBERTS<br><br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:18MJ5043 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SARAH ALBERTS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1028(a)(1) & 2: (Production of an identification document, false identification document, or authentication feature); aiding and abetting;
18 U.S.C. § 1028(a)(2) & 2: (Transfering an identification document, false identification document, or authentication feature); aiding and abetting;
18 U.S.C. § 1028(a)(5) & 2: (Production, transfer, or possession of document-making implements); aiding and abetting

Date: 02-16-18

*Issuing officer's signature*

City and state: Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/20/18, and the person was arrested on *(date)* 2/22/18
at *(city and state)* Toledo, OH

Date: 2-22-18

*Arresting officer's signature*

Steve Snyder, Special Agent
*Printed name and title*